

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CARLA LOUISE LYONS,

        Plaintiff-Appellant,

v.

NANCY BERRYHILL,

        Defendant-Appellee.

No.   15-17322

D.C. No. 3:14-cv-08048-JZB

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
John Z. Boyle, Magistrate Judge, Presiding

Submitted on the Briefs June 12, 2017[**]
San Francisco, California

Before: SCHROEDER and N.R. SMITH, Circuit Judges, and PIERSOL,[***]
District Judge.

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    This panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

    [***]    The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

Carla Lyons ("Lyons") appeals from the district court's decision remanding for further proceedings in Lyons' action for disability insurance benefits under Title II of the Social Security Act. We review the district court's decision to remand for further proceedings for abuse of discretion, *Treichler v. Comm'r of Soc. Sec. Admin.*, 775 F.3d 1090, 1098 (9th Cir. 2014), and we affirm.

The Administrative Law Judge ("ALJ") denied Lyons disability insurance benefits upon concluding, at step two of the five-step sequential evaluation process, that Lyons' impairments were non-severe. The ALJ did not develop the record regarding steps three, four, and five. Given the lack of analysis beyond step two, we affirm the district court's decision to remand to the ALJ for further administrative proceedings.

**AFFIRMED**.